FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 06-954 GAF |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Yani Burks | ) Allegations of Violations of Probation or |
| Defendant. | ) Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.    (X)    the appearance of the defendant as required; and/or

    B.    (X)    the safety of any person or the community.

The Court concludes that:

A. (y) Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

No Bail Resources or PTS Interview

B. (x) Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

Criminal Record

IT IS ORDERED that defendant be detained.

DATE: 7/9, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2